CLARENCE B. CONGER, Appellant, *v.* WOLSEY T. WEYANT et al., Respondents.

(Argued March 7, 1892; decided March 22, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made December 9, 1889, which affirmed a judgment in favor of defendants, entered upon a verdict directed by the court, and also affirmed an order denying a motion for a new trial.

*Irving Brown* for appellant.

*George W. Weyant* for respondents.

Agree to affirm on opinion in *Conger* v. *Treadway* (*ante*, page 263).

All concur, except BROWN, J., not sitting.

Judgment affirmed.